**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Barbara Williams v. Village of Bear Creek Homeowners
                          Association

Appellate case number:    01-15-01112-CV

Trial court case number:  2015-31767

Trial court:              189th District Court of Harris County

On December 28, 2015, appellant, Barbara Williams, proceeding *pro se*, filed an affidavit of indigence for appellate costs in this Court in the above-referenced appeal, which the Clerk of this Court referred to the trial clerk. *See* TEX. R. APP. P. 20.1(a)(2), (c)(1), (d), 25.1(a). On January 5, 2016, the court reporter filed an info sheet in this Court indicating that there is no reporter's record. On January 11, 2016, the trial clerk filed a clerk's record in this Court. On March 9, 2016, the trial clerk filed an info sheet in this Court stating that no contest to indigence was filed. *See id.* 20.1(i)(1), (2), (4).

Accordingly, the allegations in the affidavit of indigence are deemed true, and appellant is entitled to proceed without advance payment of appellate costs. *See* TEX. R. APP. P. 20.1(f), (i)(4). The Clerk of this Court is **ORDERED** to deem the appellant indigent and that she is allowed to proceed on appeal without advance payment of costs for purposes of the appellate filing fee and the clerk's and reporter's record fees.

Because the clerk's record was already filed and there is no reporter's record, the Court **orders** appellant to file her appellant's brief with the Clerk of this Court **within 30 days** of the date of this Order. *See* TEX. R. APP. P. 2, 38.6(a)(1). The appellee's brief, if any, must be filed within **30 days** from the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                      ☒ Acting individually

Date: March 15, 2016